JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE L. MESNER, JR., an individual; SHERI L. DIAZ, an individual; KATHLEEN V. WEDMORE, an individual; FRANK F. MESNER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:23-cv-00465-JWH-KES<br><br>**JUDGMENT** |

After considering the Joint Stipulation for Entry of Judgment submitted by Plaintiff-in-Interpleader State Farm Life Insurance Company ("State Farm"), Defendants Steve L. Mesner, Jr., Sheri L. Diaz, Kathleen V. Wedmore, and Frank F. Mesner, (collectively, the "Parties"), and good cause appearing,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. State Farm shall pay the Policy's death benefit and any interest thereon in its entirety in four equal portions to all four named and primary beneficiaries Steve L. Mesner, Jr., Sheri L. Diaz, Kathleen V. Wedmore, and Frank F. Mesner.

2. Upon payment of the Policy's death benefit and interest thereon to the four beneficiaries, State Farm is **DISCHARGED** from further liability related to the Policy.

3. State Farm is **AWARDED** attorneys' fees and costs related to this interpleader action in the amount of $3,124.00, to be deducted from the Policy's death benefit and interest thereon paid to the four beneficiaries.

4. All Parties shall bear its/her/his own attorneys' fees and costs.

5. This action is **DISMISSED** its entirety **with prejudice**.

**IT IS SO ORDERED.**

Dated: June 5, 2023        By: _____
                                Hon. John W. Holcomb
                                UNITED STATES DISTRICT JUDGE